**BLUEBONNET PETROLEUM PRODUCTS, Inc., et al., Appellants,**

v.

**E. L. SLAYTON et al., Appellees.**

No. 3332.

Court of Civil Appeals of Texas. Waco.

Nov. 21, 1955.

Ed Roy Simmons, Mexia, for appellant.

Lloyd & Strong, Bath & Turner, Henderson, for appellee.

McDONALD, Chief Justice.

This is an appeal from the District Court of Navarro County and involved the appointment of a receiver to take possession of certain leaseholds in Navarro County, Texas. Trial was before the court without a jury, which rendered judgment for the plaintiff, to which judgment the defendants excepted and appealed to this court.

Defendants and plaintiff have filed a joint motion in which they state that all matters in controversy in the appeal have been settled and in which they request the court to dismiss the appeal.

This appeal is accordingly dismissed.